Andres Diaz, Bar #4309
CHAPTER 13 STANDING TRUSTEE
9 Exchange Place, Suite 313
Salt Lake City, Utah 84111
Telephone: (801) 537-1910
Facsimile: (801) 537-1947

JAN 15   2 48 PM '02

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| IN RE:    CORY RAY PARKER | Case No. 01C-20078 |
|---|---|
| Social Security No.<br>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 | Chapter 13 |
| | Judge Glen E. Clark |

### FINAL ACCOUNT OF TRUSTEE AND PETITION FOR FINAL DECREE

COMES NOW Petitioner and Trustee, Andres Diaz, and shows the Court that:

1. The above-entitled case was dismissed by Order dated Jul 26, 2001. Payments were made to and received by the Trustee between the time of the First Meeting of Creditors and this date. The final account is as follows:

| | |
|---|---:|
| **Receipts from debtor plus interest:** | $ 1,920.03 |
| Disbursements - Secured | $ .00 |
| Disbursements - Adequate Protection | $ .00 |
| Disbursements - Unsecured | $ .00 |
| Disbursements - Priority/Administrative | $ .00 |
| Trustee Fees and Expenses | $ 134.40 |
| Trustee's Fees on Direct Pay Claims | $ .00 |
| Debtor's Attorney Fees | $ 1,000.00 |
| Debtor Refund / Garnishment or Levy | $ 785.63 |
| **Total Funds on Hand** | $ .00 |

2. All matters over which the Court retained jurisdiction have been completed.

WHEREFORE, Petitioner prays that a final decree be entered discharging Petitioner as Trustee, releasing petitioner and his surety from any and all liability under his bond on account of the above-entitled proceeding, closing the estate, and for other and further relief as may be just and proper.

DATED this 15TH day of January, 2002

_Andres Diaz, Trustee_
ANDRES
Chapter

0120078D24

## CERTIFICATE OF MAILING

I the undersigned, an employee of the Standing Chapter 12/13 Trustee do hereby certify that a true and correct copy of the foregoing Final Account of Trustee and Petition for Final Decree, was properly addressed, posted in the U.S. Mail, first-class, postage prepaid, on the 1ST day of January, 2002 to the following parties at the addresses listed below:

CORY RAY PARKER
5446 W ARISTARLA AVE
WEST JORDAN, UT 84084

RULON T. BURTON & ASSOCIATES
6000 S FASHION BLVD
MURRAY, UT 84107

UNITED STATES TRUSTEE'S OFFICE
ATTN: LAURIE CRANDALL, AUST
9 EXCHANGE PLACE #100
SLC, UT
84111

_____
Employee of Office of
Chapter 13 Standing Trustee