# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

```
- - - - - - - - - - - - - - x
                             :
In re:                       :    Case No. 01-20078
                             :
CORY RAY PARKER,             :    NOTICE OF TRANSFER OF CLAIM
                             :    OTHER THAN FOR SECURITY
                             :    and
            Debtor(s).       :    WAIVING OF NOTICE
                             x
- - - - - - - - - - - - - -
```

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Notice and evidence is hereby given pursuant to FRBP Rule 3001(e)(2) of the transfer other than for security of the claim referenced in this evidence and notice.

**TRANSFEROR:**

| | |
|---|---|
| Cory Ray Parker | Claim Number: __NONE__ |
| P.O. Box 5513 | Claim date: __NA__ |
| Pahrump NV, 89041 | Last four Digits of account: __NONE__ |
| | Email: __NONE__ |

Notification is waived with respect to this notice of transfer of Claim pursuant to FRBP Rule 3001.

Sign: X _[signature]_                               Date: 3/8/10

Print name: ___Cory Ray Parker___    Title: ___Owner___

**TRANSFEREE NOTICE ADDRESS:**           **TRANSFEREE PAYMENT ADDRESS:**

IKP Enterprises                          IKP Enterprises

1939 S 1100 E                            1939 S 1100 E

Salt Lake City, UT 84106                 Salt Lake City, UT 84106

Mike T. Trustee                          Mike T. Trustee

**I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.**

Transferee/Agent _[signature] Mike T. Trustee_                Date: 2/11/10

*Penalty for making a false statement: Fine of up to $500,000 dollars or imprisonment up to 5 years or both 18 U.S.C 152 & 3571*